FILED
CLERK, U.S. DISTRICT COURT
December 11, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JWANG INVESTMENTS LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FEMTO BLANC, INC., <br><br> Defendant | Case No.: 8:20-cv-01158-SB-DFM <br><br> ORDER TO SHOW CAUSE RE: SANCTIONS |

This matter was set for a Scheduling Conference on December 11, 2020. The parties were required to confer to prepare a Joint Rule 26(f) report and then file that report no later than December 4, 2020. At the time the Scheduling Conference was held, the parties had failed to file the required report as ordered.

IT IS HEREBY ORDERED that the parties are to show cause, by no later than **December 15, 2020** at 8:30 a.m., why counsel for both parties should not be sanctioned for failing to timely confer and for failing to timely submit a Joint Rule 26(f) report as previously ordered (or requesting an extension if there was good cause).

DATED: December 11, 2020

_____
Stanley Blumenfeld, Jr.
United States District Judge