```
                    FILED
           CLERK, U.S. DISTRICT COURT

              December 11, 2020

         CENTRAL DISTRICT OF CALIFORNIA
         BY:        VPC        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JWANG INVESTMENTS LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>FEMTO BLANC, INC.,<br><br>      Defendant | Case No.: 8:20-cv-01158-SB-DFM<br><br>ORDER TO SHOW CAUSE RE: REMAND |

    This case is a commercial unlawful detainer action. The case was previously remanded on April 17, 2020. Dkt. No. 1, Notice of Removal (citing prior remand order: "Diversity jurisdiction does not exist, as the amount in controversy does not exceed $75,000."). The case was removed a second time on June 30, 2020. At the scheduling conference on December 11, 2020, counsel for Plaintiff stated that his client would not seek more than $50,000 in back rent. This raises an issue of whether the Court has diversity jurisdiction.

    IT IS HEREBY ORDERED that the parties are to show cause why this case should not be remanded to state court.

    The parties are directed to file their opening briefs on this issue by no later than **December 21, 2020**. Each party may file a response to the other's brief by no later than **December 28, 2020**.

///

///

      The matter will be taken under submission without a hearing upon receipt of the parties' responses, unless the Court orders otherwise.

DATED: December 11, 2020

_____
Stanley Blumenfeld, Jr.
United States District Judge